Scott J. Sagaria (SBN 217981)
Elliot W. Gale (SBN 263326)
Joe Angelo (SBN 268542)
SAGARIA LAW, P.C.
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN BARKLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION, et al,<br><br>    Defendants. | Case No.: 5:17-cv-00297-BLF<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT NORTHLAND GROUP, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Dawn Barkley and defendant Northland Group, Inc. that Northland Group, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

STIPULATION FOR DISMISSAL OF DEFENDANT NORTHLAND GROUP, INC.; [PROPOSED] ORDER -1-

DATED: April 24, 2017            **Sagaria Law, P.C.**

                        By:      /s/ Elliot Gale
                                 Elliot Gale
                                 Attorney for Plaintiff Dawn Barkley


DATED: April 24, 2017            **Sessions Fishman Nathan & Israel**

                        By:      /s/ Harijot Singh Khalsa
                                 Harijot Singh Khalsa
                                 Attorney for Defendant Northland Group, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Harijot Singh Khalsa has concurred in this filing.

/s/ Elliot Gale


## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Northland Group, Inc. is dismissed with prejudice.

IT IS SO ORDERED.


DATED:      April 25, 2017                    *Beth Labson Freeman*
                                              Hon. Beth Labson Freeman
                                              UNITED STATES DISTRICT JUDGE


STIPULATION FOR DISMISSAL OF DEFENDANT NORTHLAND GROUP, INC.; [~~PROPOSED~~] ORDER -2-