Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff Dawn Barkley

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN BARKLEY,<br><br>            Plaintiff,<br><br>   v.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION, ET AL.,<br><br>            Defendants. | Case No.: 5:17-cv-00297-BLF<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT CAPITAL ONE BANK (USA), N.A.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Dawn Barkley and defendant Capital One Bank (USA), N.A., erroneously sued as "Capital One, National Association," ("Capital One"), that Capital One be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//
DATED: May 25, 2017              **Sagaria Law, P.C.**

                         By:   */s/ Elliot Gale*
                               Elliot Gale
                               Attorney for Plaintiff Dawn Barkley


DATED: May 25, 2017              **Doll Amir and Eley, LLP**

                         By:   */s/ Chelsea Lynn Diaz*
                               Chelsea Lynn Diaz
                               Attorney for Defendant
                               Capital One Bank (USA), N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Chelsea Lynn Diaz has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, defendant Capital One Bank (USA), N.A. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: May 25, 2017

                                 ~~Hon. James Donato~~
                                 UNITED STATES DISTRICT JUDGE